JULIA S. MACRI ET AL. *v.* SUSAN INGRAHAM ET AL.
(3243)

DUPONT, C.P.J., HULL and SPALLONE, Js.

Argued April 10—decision released May 14, 1985

*George R. Macri,* with whom, on the brief, was *Julia S. Macri,* pro se, the appellants (plaintiffs).

PER CURIAM. Judgment was rendered for the plaintiffs. They were awarded nominal damages of one dollar, not having introduced any evidence as to damages. They were also awarded costs and a permanent injunction.

There is no error.